## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| INSECO, INC., a Florida corporation, | **CASE NO.: _____** |
| Plaintiff, | |
| vs. | **JURY TRIAL DEMANDED** |
| THE PAVER SEALER STORE, LLC, a Florida limited liability company, and SCOTT BRIAN COLLETTI, also known as SCOTT BRIAN COCCOLI, an individual, | **INJUNCTIVE RELIEF SOUGHT** |
| Defendants. | |

## <u>VERIFIED COMPLAINT</u>

Plaintiff INSECO, INC. ("INSECO") hereby files this Complaint against Defendants THE PAVER SEALER STORE, LLC ("Paver Sealer Store") and SCOTT BRIAN COLLETTI, also known as SCOTT BRIAN COCCOLI ("Colletti") (collectively referred to as "Paver Sealer").

Plaintiff alleges as follows:

## <u>THE PARTIES</u>

1.      Plaintiff INSECO is a Florida corporation with a principal address at 2897 So. Street, Fort Myers, Florida 33916.

2.      Upon information and belief, Defendant Paver Sealer Store is a Florida limited liability company with its principal place of business at 19605 Intrigue Way,

1

Lutz, Florida 33558.

3.      Upon information and belief, Defendant Colletti is an individual residing in Hillsborough County, Florida.

## JURISDICTION AND VENUE

4.      This is an action for damages and injunctive relief for federal trademark counterfeiting and infringement, false designation of origin, and common law unfair competition, pursuant to 15 U.S.C. §§ 1114, 1116, 1125(a), and Florida's common law.

5.      This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

6.      This Court has in personam jurisdiction over Defendant Paver Sealer because, upon information and belief, Paver Sealer is subject to both general and specific jurisdiction in this District. More specifically, upon information and belief, Paver Sealer regularly conducts business activities in the State of Florida, and in this judicial district.

7.      This Court has in personam jurisdiction over Defendant Colletti because, upon information and belief, Colletti is subject to both general and specific jurisdiction in this District. More specifically, upon information and belief, Colletti regularly conducts business activities in the State of Florida, and in this judicial district.

8.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial number of the events giving rise to the claims herein occurred in this District.

9.     All conditions precedent have been met, satisfied or waived.

## THE PLAINTIFF AND ITS TRADEMARKS

10.     Plaintiff INSECO was incorporated in 1997 by Michael Doikos, who throughout its existence has served as INSECO's owner, president, and principal.

11.     INSECO evolved from a paint store, to developing, manufacturing, and selling specialty coatings for specific applications in the home improvement industry.

12.     INSECO provides high quality wood sealers, brick and paver sealers, concrete sealers, natural stone sealers, and related goods.

13.     INSECO sells its products for resale to stores, including Sherwin Williams and Home Depot stores, and also sells at retail directly to contractors.

14.     INSECO has continuously promoted its products and services under various marks, including SEALRX, NPSRX, PAVER SEAL RX, WOODRX, and SEALTHANE. A chart of these marks (the "INSECO Marks), along with their corresponding U.S. Trademark Registration or Application Numbers, registered goods, and year dates of first use can be seen below:

3

| MARK | U.S. Reg. No./U.S. App. Serial No. | GOODS | FIRST USE |
|---|---|---|---|
| **INSECO** | 2659485 | Paints, namely interior, exterior and house paints; wood preservatives, namely penetrating sealer for wood surfaces; coatings in the nature of paint, namely finishes for wood and wood like surfaces; finishes in the nature of clear finishes for the treatment of wood, metal, and other building surfaces; wood treatments, namely wood stains and oils for use in preserving wood. | 1997 |
| **SEALRX** | 5683207 | Waterproofing and sealing chemical compositions for articles of concrete, masonry, wood and other building and/or construction surface. | 2005 |
|  | 6245613 | Paints; paint thinners; paint sealers; paint primers; wood preservatives for wood surfaces; penetrating sealer coatings for use on wood surfaces. | 2019 |
|  | 6245612 | Paints; paint thinners; paint sealers; paint primers; wood preservatives for wood surfaces; penetrating sealer coatings for use on wood surfaces. | 2019 |
| **WOODRX** | 6200805 | Coatings in the nature of industrial sealants for waterproofing and surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry.<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of | 1995 |

| | | | |
|---|---|---|---|
| | | sealants, namely, sealants for buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants. | |
| WOOD RX | 2068833 | Wood preservatives, namely penetrating sealer for wood surface. | 1995 |
| **NPSRX** | 6200806 | Coatings in the nature of industrial sealants for waterproofing and surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry.<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of sealants, namely, sealants for buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants. | 2017 |
| **NPS RX** | 6244274 | Paint stripper; paint remover; paint removing compositions; paint, lacquer and varnish removing compositions. | 2018 |
| **DECKRX** | 6200807 | Coatings in the nature of industrial sealants for waterproofing and | 2017 |

| | | | |
|---|---|---|---|
| | | surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry.<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of sealants, namely, sealants for buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants. | |
| **PAVER SEAL RX** | 6200808 | Coatings in the nature of industrial sealants for waterproofing and surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry.<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of sealants, namely, sealants for | 2017 |

| | | buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants. | |
|---|---|---|---|
| **SEALTHANE** | 6435788 | Paint; Paint thinners; Paint sealers; Paint primers. | 2017 |
| **ROOF RX** | 97026092 | Paint thinners; paint sealers; paint primers; coatings in the nature of industrial sealants for waterproofing and surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry; wood preservatives for wood surfaces; penetrating sealer coatings for use on wood surfaces; wood treatments, namely, wood stains and oils for use in preserving wood<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of sealants, namely, sealants for buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants | Intent to Use Application |
| **ROOF SEAL RX** | 97026103 | Paint thinners; paint sealers; paint primers; coatings in the nature of | Intent to Use Application |

7

|  |  | industrial sealants for waterproofing and surface hardening; paint sealants, namely, paint sealers; clear and pigmented coatings in the nature of paint, namely, acrylic paints, urethane paints, and ceramic paints; clear coating protectant for a variety of substrates, namely, architectural protective coatings; preservative coatings for a variety of substrates, namely, preservative coatings for wood surfaces, drywall and masonry; wood preservatives for wood surfaces; penetrating sealer coatings for use on wood surfaces; wood treatments, namely, wood stains and oils for use in preserving wood<br><br>Protective sealants for hard surfaces, namely, sealants for buildings; architectural protective coatings, namely, sealants for buildings; coating compositions in the nature of sealants, namely, sealants for buildings; sealer coatings for use on a variety of substrates, namely, sealants for buildings; hard surface sealants, namely, polyurethane sealants; penetrating sealants, namely, resin-based sealants for use on roofs, walls and pavements; sealants for buildings; waterproof sealants |  |
|---|---|---|---|

15.     The INSECO Marks are used or intend to be used in conjunction with the manufacture and distribution of the high-quality goods identified above (the "INSECO Goods"). True and correct copies of the certificates of registration or applications for the INSECO Marks are attached hereto as composite **Exhibit A**.

16.    The INSECO Marks have been used for many years in interstate commerce to identify and distinguish the INSECO Goods, and serve as symbols of INECO's excellent quality, reputation, and goodwill.

17.    INSECO expends considerable resources developing, manufacturing, uniformly packaging, marketing and advertising the INSECO Goods to develop customer goodwill under the INSECO Marks.

18.    The INSECO Marks are inherently distinctive, or have acquired secondary meaning by virtue of their lengthy and exclusive use in the relevant industry, and are recognized by the consuming public as source identifiers of INSECO's Goods.

19.    As a result of its high-quality Goods, uniform packaging, and marketing efforts, INSECO has become known among customers in the sealant marketplace as a trusted source of sealant-related goods.

**PAVER SEALER DEFENDANTS' RELATIONSHIP WITH INSECO**

20.    Upon information and belief, Defendant Paver Sealer was formed in 2020 by Colletti, who directs and controls the acts of Paver Sealer, including the acts complained of herein.

21.    In May 2021, Paver Sealer approached INSECO and expressed interest in working with INSECO as a representative, distributor, and reseller of the INSECO products. INSECO agreed.

22.     Shortly thereafter, on or about June 2, 2021, Paver Sealer began purchasing INSECO products and re-selling them via the website located at the domain name https://paversealerstore.com/ ("Paver Sealer's Website").

23.     Paver Sealer also began acting as a sales representative for INSECO by promoting and selling INSECO Goods directly to consumers. According to their oral agreement, INSECO would reimburse Paver Sealer for its travel expenses associated with promoting INSECO Goods, and Paver Sealer would earn a 5% commission on its sales of INSECO Goods to Sherwin Williams, and a 7% commission on its sales of INSECO Goods to other customers.

24.     Paver Sealer regularly traveled to Fort Myers to visit INSECO to discuss business and collect samples of INSECO Goods.

25.     INSECO and Paver Sealer agreed that Paver Sealer would place orders either orally or in writing with a purchase order, and direct INSECO where to ship the orders. Then, INSECO would process and ship the orders as directed by Paver Sealer.

26.     Once the INSECO Goods shipped, INSECO would email Paver Sealer an invoice, along with tracking information for the shipment.

27.     INSECO shipped the INSECO Goods to Paver Sealer directly, or to Paver Sealer's designated customers, by FedEx Ground, LTL Common Carrier, or

via INSECO's company truck. The orders delivered via INSECO's company truck to Paver Sealer and its customers were often repeat orders.

28.    If any INSECO Goods did not arrive at their intended destination, or if they arrived damaged or incomplete, Paver Sealer would notify INSECO, and INSECO would immediately reship the ordered INSECO Goods and provide Paver Sealer with updated tracking information.

29.    Paver Sealer maintained a credit card on file with INSECO, and authorized payment when INSECO Goods were shipped from INSECO to Paver Sealer or to one of its customers.

30.    Paver Sealer did well as representatives and distributors, purchasing over $490,000 in INSECO Goods for resale, and receiving over $55,000 in commissions from INSECO over a two-year period.

## THE RELATIONSHIP GOES AWRY

31.    On or about April 2023, Paver Sealer called INSECO and accused INSECO of double billing, over-charging, and charging for unshipped orders.

32.    INSECO reconciled all the Paver Sealer's sales from January through April 2023 to prove to Paver Sealer that its allegations were untrue.

33.    On information and belief, Paver Sealer falsely represented to its bank that INSECO had double-billed, over charged, and charged Paver Sealer for unshipped orders.

11

34.     As a result of these misrepresentations, INSECO's banking business account has been drained of its funds.

35.     These allegations are the subject of a separate but related lawsuit, filed in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida. A true and correct copy of the complaint filed in that lawsuit is attached hereto as **Exhibit B**.

36.     As a result of the dispute between INSECO and Paver Sealer, INSECO and Paver Sealer no longer maintain a business relationship.

## **THE COUNTERFEIT PRODUCTS**

37.     Despite no longer having a working relationship, Paver Sealer continues to market and sell goods identified as "INSECO Goods," labeled with marks identical to the INSECO Marks, via the Paver Sealer Website. A copy of the Paver Sealer Website displaying INSECO labeled Goods for sale is attached hereto as **Exhibit C**.

38.     INSECO was unsure how Paver Sealer was obtaining INSECO Goods since it was no longer selling its INSECO Goods to Paver Sealer for resale.

39.      On or about May 13, 2023, one of INSECO's longtime customers ordered the **SEAL RX** product that Paver Sealer was marketing as INSECO Goods via the Paver Sealer Website. A true and correct copy of the purchase receipt is attached hereto as **Exhibit D**.

40.     Upon its receipt of the product it ordered, INSECO's customer realized that it did not originate with INSECO, but is actually a counterfeit product Paver labeled with the INSECO Marks and passed off as genuine INSECO Goods.

41.     INSECO uses distinct and uniform style of packaging for all the INSECO Goods. This makes it easy for consumers to distinguish INSECO Goods from other products and to recognize and purchase the INSECO Goods. True and correct copies of images of INSECO Goods in their distinctive recognizable packaging are attached hereto as **Exhibit E**.

42.     Upon information and belief, Paver Sealer is packaging various types of sealants of unknown origin in packaging that is different from the packaging INSECO uses, and are printing and taping labels containing marks identical and indistinguishable from the INSECO Marks on these counterfeit products, and passing these goods off as INSECO Goods (the "Counterfeit Goods"). True and correct copies of images of the Counterfeit Goods that INSECO's customers have received from Paver Sealer are attached hereto as **Exhibit F**. A comparison of Exhibits E and F shows how different the true INSECO packaging is from the packaging of Paver Sealer's Counterfeit Goods.

43.     Paver Sealer is promoting and advertising, distributing, selling, and/or offering for sale goods in interstate commerce bearing and/or using spurious marks which are identical with, or substantially indistinguishable from, and/or confusingly

similar imitations of one or more of the INSECO Marks, through the Paver Sealer Website. At the very least, Paver Sealer is using a counterfeit of the **SEAL RX** mark to sell its Counterfeit Goods.

44.     Upon information and belief, the goods being promoted, advertised, distributed, sold, and/or offered for sale in interstate commerce by Paver Sealer, labeled as originating with INSECO because they bear the INSECO Marks, are in fact counterfeits because (1) INSECO has not sold any INSECO Goods to Paver Sealer since in or about March 2023, (2) at that time Paver Sealer's inventory of INSECO Goods was limited, (3) INSECO has no knowledge of what products Paver Sealer is using to fill packaging that Paver Sealer is then labeling with counterfeits of the INSECO Marks and passing off as genuine INSECO Goods, (3) INSECO has no quality control over the Counterfeit Goods.

45.     Upon information and belief, Paver Sealer is using counterfeits of the INSECO Marks to attract and confuse online consumers and drive them to its Website, and is then selling Counterfeit Goods to those consumers, who are deceived into believing they are buying genuine INSECO Goods because they bear marks that are identical to the INSECO Marks.

46.     Paver Sealer has full knowledge of INSECO's ownership of the INSECO Marks, including INSECO's exclusive right to use and license its intellectual property and the goodwill associated therewith.

47.    Paver Sealer's use of counterfeit INSECO Marks, including Paver Sealer's promotion, advertisement, reproduction, distribution, sale, and offering for sale of its Counterfeit Goods, is without INSECO's consent or authorization.

48.    Paver Sealer is engaging in the above-described illegal counterfeiting and infringing activities knowingly and intentionally, with bad faith, reckless disregard or willful blindness to INSECO's rights, for the purpose of trading on INSECO's goodwill and reputation.

49.    Upon information and belief, Paver Sealer is retaining the money obtained through the sales of the Counterfeit Goods.

50.    Upon information and belief, Colletti is directing and controlling the infringing and counterfeiting acts described herein.

51.    INSECO is suffering irreparable injury, including but not limited to diversion of customers and sales, loss of ability to control the quality and reputation of the INSECO Goods, and harm to its brands' reputation and goodwill, because of Paver Sealer's counterfeiting of the INSECO Marks. If Paver Sealer's intentional counterfeiting and infringing activities are not immediately preliminarily and then permanently enjoined by this Court, INSECO and the consuming public will continue to be harmed.

## COUNT I
## TRADEMARK COUNTERFEITING AND INFRINGEMENT
## PURSUANT TO § 32 OF THE LANHAM ACT,
## 15 U.S.C. § 1114

52.     INSECO incorporates and re-asserts paragraphs 1 through 51, as if fully set forth herein.

53.     This is an action for trademark counterfeiting and infringement against Paver Sealer Store and Colletti based on its use of counterfeit and confusingly similar imitations of the INSECO Marks in commerce in connection with the promotion, advertisement, distribution, offering for sale, and/or sale of counterfeit goods.

54.     Specifically, Paver Sealer Store and Colletti are promoting and otherwise advertising, selling, offering for sale, and distributing goods bearing and/or using counterfeits and/or infringements of one or more of the INSECO Marks, including at least the **SEAL RX** trademark, to sell goods that do not originate with INSECO, nor over which INSECO has any quality control.

55.     Paver Sealer Store and Colletti are continuously infringing the INSECO Marks by using one or more counterfeits of those Marks to advertise, promote, offer to sell, and/or sell counterfeit and infringing goods bearing and/or using counterfeits of the INSECO Marks.

56.     Paver Sealer Store's and Colletti's counterfeiting and infringing activities are likely to cause and are causing confusion, mistake, and deception

16

among members of the trade and the general consuming public as to the origin of the Paver Sealer's Counterfeit Goods.

57.     Paver Sealer Store's and Colletti's unlawful actions have caused and are continuing to cause unquantifiable and irreparable harm to INSECO, and are unjustly enriching Paver Sealer and Colletti with profits at INSECO's expense.

58.     Paver Sealer Store's and Colletti's above-described unlawful actions constitute counterfeiting and infringement of the INSECO Marks in violation of INSECO's rights under section 32 of the Lanham Act, 15 U.S.C. § 1114.

## COUNT II – FALSE DESIGNATION OF ORIGIN PURSUANT TO SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)

59.     INSECO incorporates and re-asserts paragraphs 1 through 51, as if fully set forth herein.

60.     This is an action for false designation of origin against Paver Sealer Store and Colletti based on its use of counterfeit and confusingly similar imitations of the INSECO Marks in commerce in connection with the promotion, advertisement, distribution, offering for sale, and/or sale of counterfeit goods.

61.     Paver Sealer's Counterfeit Goods bearing, using, offered for sale, and sold using copies of one or more of the INSECO Marks have been and are being widely advertised and offered for sale throughout the United States via the Paver Sealer Website.

62.     Paver Sealer's Counterfeit Goods are offered for sale and sold in interstate commerce in containers that are labeled with spurious marks that are identical to, or substantial indistinguishable from, the INSECO Marks. However, INSECO has no affiliation or quality control over Paver Sealer's Counterfeit Goods. Accordingly, Paver Sealer Store's and Colletti's activities are likely to cause confusion in the trade and among consumers as to at least the origin, affiliation, or sponsorship of the Counterfeit Goods.

63.     Paver Sealer Store and Colletti have used and are using in connection with their advertisement, offers for sale, and sale of its Counterfeit Goods, false designations of origin and false descriptions and representations, including words or other symbols and designs, which tend to falsely describe or represent such goods and have caused such goods to enter into commerce in the United States with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to INSECO's detriment.

64.     Paver Sealer Store's and Colletti's above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

65.     INSECO has no adequate remedy at law and has sustained irreparable harm, including but not limited to loss of quality control over the INSECO Marks, caused by Paver Sealer Store's and Colletti's conduct. Absent an entry of an immediate preliminary and then permanent injunction by this Court, INSECO will

18

continue to suffer irreparable injury to its goodwill and business reputation while Paver Sealer and Colletti are earning a substantial profit.

## COUNT III – COMMON LAW UNFAIR COMPETITION

66.     INSECO incorporates and re-asserts paragraphs 1 through 51, as if fully set forth herein.

67.     This is an action against Paver Sealer Store and Colletti based on their promotion, advertisement, distribution, sale, and/or offering for sale of goods bearing and/or using marks that are virtually identical to one or more of the INSECO Marks in violation of Florida's common law of unfair competition.

68.     Specifically, Paver Sealer Store and Colletti are promoting and otherwise advertising, selling, offering for sale, and distributing goods bearing and/or using counterfeits and infringements of one or more of the INSECO Marks.

69.     Paver Sealer Store's and Colletti's infringing activities are likely to cause and are causing confusion, mistake, and deception among consumers as to the origin and quality of the products sold on Paver Sealer's Website because of Paver Sealer's and Colletti's counterfeiting and infringing use of the INSECO Marks.

70.     INSECO has no adequate remedy at law and is suffering irreparable injury because of Paver Sealer Store's and Colletti's actions.

## PRAYER FOR RELIEF

WHEREFORE, INSECO demands judgment on all Counts and an award of

equitable relief and monetary relief against Paver Sealer Store and Colletti as follows:

    A. Entry of a preliminary and permanent injunction pursuant to 15 U.S.C. § 1116 and Federal Rule of Civil Procedure 65, enjoining Paver Sealer Store and Colletti and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell the Counterfeit Goods; from infringing, counterfeiting, or diluting the INSECO Marks; from using the INSECO Marks, or any mark or design similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or design that may be calculated to falsely advertise the services or goods of Paver Sealer Store and/or Colletti as being sponsored by, authorized by, endorsed by, or in any way associated with INSECO; from falsely representing themselves as being connected with INSECO, through sponsorship or association, or engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Paver Sealer Store and/or Colletti are in any way endorsed by, approved by, and/or associated with INSECO; from using any reproduction, counterfeit, infringement, copy, or

colorable imitation of the INSECO Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Paver Sealer Store and/or Colletti; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Paver Sealer's and/or Colletti's goods as being those of INSECO, or in any way endorsed by INSECO and from offering such goods in commerce; and from otherwise unfairly competing with INSECO.

B. Entry of an order requiring Paver Sealer Store and Colletti to account to and pay INSECO for all profits earned from Paver Sealer Store's and Colletti's trademark counterfeiting and infringing and unfairly competitive activities and that the profit award to INSECO be trebled, as provided for under 15 U.S.C. §1117, or that INSECO be awarded statutory damages from Paver Sealer Store and Colletti in the amount of two million dollars ($2,000,000) for each counterfeit trademark used and product type offered for sale or sold, as provided by 15 U.S.C. §1117(c)(2) of the Lanham Act.

C. Entry of an award pursuant to 15 U.S.C. § 1117 (a) and (b) of INSECO's costs and reasonable attorneys' fees and investigative fees

21

associated with bringing this action.

D. An order requiring Counterfeit Goods be delivered for destruction to INSECO, as provided for under 15 U.S.C. § 1118.

E. Entry of an award of pre-judgment and post-judgment interest on the judgment amount.

F. Entry of an order requiring Paver Sealer Store and Colletti, at INSECO's request, to pay the cost necessary to correct any erroneous impression the consuming public may have received or derived concerning the nature, characteristics, or qualities of INSECO's Goods, including without limitation, the placement of corrective advertising and providing written notice to the public.

G. Any additional relief as this Court may deem just under the circumstances.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury for all issues so triable.

Case 8:23-cv-01996-TPB-TGW   Document 1   Filed 09/05/23   Page 23 of 23 PageID 23

Respectfully submitted this September 5, 2023.

<div style="margin-left: 40%;">

/s/ Ava K. Doppelt
Ava K. Doppelt, Lead Trial Counsel
Florida Bar No. 393738
adoppelt@allendyer.com
Melissa Dangond
Florida Bar No. 1025285
mdangond@allendyer.com
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Attorneys for Plaintiff
INSECO, INC.

</div>

23